IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CYNTHIA MOSER, et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. **3:16-CV-2558-L** |
| | § | |
| **OMNITRON INTERNATIONAL INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Defendant's Motion to Dismiss the Complaint, or Alternatively, Motion for More Definite Statement (Doc. 5), filed November 4, 2016. On February 28, 2017, United States Magistrate Judge Paul D. Stickney entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that Defendant's Motion to Dismiss the Complaint be denied without prejudice; Plaintiffs be allowed an opportunity to amend their Complaint to address the deficiencies identified in the Report; and Defendant's Motion for More Definite Statement be denied as moot. No objections were filed to the Report.

Having reviewed the Report, motion, record, and applicable law, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies without prejudice** Defendant's Motion to Dismiss the Complaint. Plaintiffs' First Amended Complaint (Doc. 18), submitted March 20, 2017, is **deemed filed** as of that date, and the court **denies as moot** Defendant's Motion for More Definite Statement.

**It is so ordered** this 10th day of May, 2017.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**